02-10-451-CV












 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-10-00451-CV

 

 


 
 
 In the Interest of K.E.H.,
 A Child
 
 
  
 
 
  
 
 


 

------------

 

FROM THE 78th District Court OF Wichita COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellant's “Respondent's Motion To
Dismiss Appeal.”  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See Tex. R. App. P. 42.1(a)(1),
43.2(f).

Costs
of the appeal shall be paid by appellant, for which let execution issue.  See
Tex. R. App. P. 42.1(d).


PER
CURIAM

PANEL: 
MEIER, J.; LIVINGSTON, C.J.; AND GABRIEL, J.  

 

DELIVERED: 
March 10, 2011














[1]See
Tex. R. App. P. 47.4.